HONORABLE BENJAMIN H. SETTLE
HONORABLE MARY A. THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| SHAWN PETERSEN,<br><br>        Plaintiff,<br><br>        v.<br><br>DEPUTY MATTHEW SMITH, an individual, and PIERCE COUNTY, a municipal corporation,<br><br>        Defendant. | No. 3:19-cv-06033-BHS-MAT<br><br>STIPULATION AND ORDER OF DISMISSAL |

## **STIPULATION**

IT IS HEREBY STIPULATED between the plaintiff and all defendants, parties to the above-entitled action, that the same be dismissed with prejudice and without costs and attorney's fees to any party.

DATED this 27th day of July, 2021.

| | |
|---|---|
| MacDONALD HOAGUE & BAYLESS<br><br><br>By: */s/Mika Rothman*<br>Joe Shaeffer, WSBA # 33273<br>josephs@mhb.com<br>Mika Rothman, WSBA # 55870<br>mikar@mhb.com<br>Attorneys for Plaintiff | MARY E. ROBNETT<br>Pierce County Prosecuting Attorney<br><br>By: */s/Peter J. Helmberger*<br>PETER J. HELMBERGER, WSBA # 23041<br>Deputy Prosecuting Attorney / Civil<br>peter.helmberger@piercecountywa.gov<br>Attorney for Defendants |

STIPULATION AND ORDER OF DISMISSAL - 1

No. 3:19-cv-06033-BHS-MAT

11910.01 og270101

MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

**ORDER**

THIS MATTER having come on regularly for hearing upon the foregoing stipulation of the parties hereto, and the court being fully advised in the premises, now, therefore, it is hereby,

ORDERED, ADJUDGED AND DECREED that the above-entitled matter be and the same is hereby DISMISSED WITH PREJUDICE without costs or attorney's fees to any party.

Dated this 29th day of July, 2021

*/s/ Benjamin H. Settle*
BENJAMIN H. SETTLE
United States District Judge

STIPULATION AND ORDER OF DISMISSAL - 2

No. 3:19-cv-06033-BHS-MAT

11910.01 og270101

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961